U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

POLLY MORLOCK,

          Plaintiff,          Civil Case No.: 1:17-CV-22184

vs.

CARNIVAL CORPORATION, a Panamanian
Corporation d/b/a CARNIVAL CRUISE LINES,

          Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    CARNIVAL CORPORATION
       A Panamanian Corporation d/b/a
       CARNIVAL CRUISE LINES
       C/O Registered Agent:
       NRAI SERVICES, INC.
       1200 South Pine Island Road
       Plantation, Florida 33324

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan A. Fernandez-Barquin, P.A.
3663 SW 8th Street
Suite 200
Miami, Florida 33135

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

                                         *CLERK OF COURT*

Date: _____        _____
                                              *Signature of Clerk or Deputy Clerk*